```
 1  PILLSBURY WINTHROP SHAW PITTMAN LLP
    ALBERT J. BORO, JR. (CA Bar # 126657)
 2  albert.boro@pillsburylaw.com
    JOANNE H. KIM (CA Bar # 221525)
 3  joanne.kim@pillsburylaw.com
    50 Fremont Street
 4  San Francisco, CA  94105
    Telephone: (415) 983-1000
 5  Facsimile: (415) 983-1200

 6  Attorneys for Defendant
    SHARP ELECTRONICS CORPORATION
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jamie Maites, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LG Phillips LCD Co., Ltd, et al.,<br><br>　　　　　　　　　　Defendants. | No. C-06-7638 SI<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

**STIPULATION FOR EXTENSION OF TIME**

WHEREAS plaintiff filed a complaint in the above-captioned case on or about December 12, 2006;

WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS more than fifteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

| | |
|---|---|
| 1 | WHEREAS there are motions pending before the Judicial Panel on Multidistrict |
| 2 | Litigation to transfer the LCD Cases to the Northern District of California or the District of |
| 3 | New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § |
| 4 | 1407; |
| 5 | WHEREAS plaintiff anticipates the possibility of Consolidated Amended |
| 6 | Complaints in the LCD Cases; |
| 7 | WHEREAS plaintiff and defendant Sharp Electronics Corporation ("SEC") have |
| 8 | agreed that an orderly schedule for any response to the pleadings in the LCD Cases would |
| 9 | be more efficient for the parties and for the Court; |
| 10 | WHEREAS plaintiff agrees that the deadline for SEC to respond to the Complaint |
| 11 | shall be extended until the earlier of the following two dates: (1) forty-five days after the |
| 12 | filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after |
| 13 | plaintiff provides written notice to SEC that she does not intend to file a Consolidated |
| 14 | Amended Complaint, provided that such notice may be given only after the initial case |
| 15 | management conference in the MDL transferee court in this case; |
| 16 | WHEREAS plaintiff further agrees that this extension is available, without further |
| 17 | stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing |
| 18 | of their intention to join this extension; |
| 19 | WHEREAS this Stipulation does not constitute a waiver by SEC or any defendant |
| 20 | of any defense, including but not limited to the defenses of lack of personal or subject |
| 21 | matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper |
| 22 | venue. |
| 23 | PLAINTIFF AND DEFENDANT SHARP ELECTRONICS CORPORATION, BY |
| 24 | AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY |
| 25 | STIPULATE AS FOLLOWS: |
| 26 | 1. The deadline for the SEC to respond to the Complaint shall be extended until |
| 27 | the earlier of the following two dates: (1) forty-five days after the filing of a Consolidated |
| 28 | Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides |

1 | written notice that she does not intend to file a Consolidated Amended Complaint, provided
2 | that such notice may be given only after the initial case management conference in the
3 | MDL transferee court in this case.
4 |     2.    This extension is available, without further stipulation with counsel for
5 | plaintiff or further order of the Court, to all named defendants who notify plaintiff in
6 | writing of their intention to join this extension.
7 |     IT IS SO STIPULATED.

Dated: January 8, 2007

Signature: /s/ Christopher L. Lebsock

Michael P. Lehmann
Thomas P. Dove
Christopher L. Lebsock
Jon T. King
Furth Lehmann & Grant LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249

Francis O. Scarpulla
Craig C. Corbitt
Zelle Hofmann Voelbel Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

Counsel for Plaintiff Jamie Maites

Dated: January 8, 2007

Signature: /s/ Albert J. Boro, Jr.

Albert J. Boro, Jr.
Joanne H. Kim
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, California 94105

Counsel for Defendant Sharp Electronics Corporation

SO ORDERED:

Dated: _____

_____
United States District Judge